Full opinion will be published later. Watch **Omnibus Index.**

### NEW YORK CENTRAL RD CO v WILER

Ohio Supreme Court

No. 22770.   Decided June 17, 1931

124

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**